UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRANDI ELIZABETH RIDGE,

     Plaintiff,

v.                                  Case No: 5:25-cv-653-CEM-PRL

BIG DAN'S CAR WASH, LLC,

     Defendant.

_____

## ORDER

This employment discrimination lawsuit arises out of Plaintiff Brandi Elizabeth Ridge's former employment with Defendant Big Dan's Car Wash, LLC. The Court previously granted Defendant's motion to compel discovery responses from Plaintiff. (Doc. 23). Noting inconsistencies in Plaintiff's response to Defendant's motion to compel, the Court also ordered Plaintiff's counsel, Jason W. Imler, Esq., to explain the inconsistencies and to show cause why the apparent inconsistent representations were made to the Court. (Doc. 23). Plaintiff's counsel has filed a response in which he fully acknowledged the error, apologized, and explained that the inconsistent representations arose from imprecise drafting and were not made in efforts to mislead the Court. (Doc. 27). Based on this filing, the order to show cause as to Mr. Imler is discharged.

Moreover, in his response to the order to show cause, Plaintiff's counsel acknowledged that he should have taken "more aggressive and earlier efforts" to communicate with Plaintiff at the facility where she is housed, and he assured the Court that "steps have been taken to rectify the communication deficiencies identified in Doc. 23 and

- 2 -

that Plaintiff is now actively engaged in preparing her discovery responses." (Doc. 27 at 10).

Based on this representation, Plaintiff's motion to stay the case until she is released from

incarceration (Doc. 24) is due to be **denied**. Indeed, that motion was based on the premise

that Plaintiff's counsel could not communicate with his client in a meaningful way due to

her incarceration.

   **DONE** and **ORDERED** in Ocala, Florida on April 14, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record