# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BRANDI ELIZABETH RIDGE,**

    **Plaintiff,**

**v.**                                        **Case No: 5:25-cv-653-CEM-PRL**

**BIG DAN's CAR WASH, LLC,**

    **Defendant.**

_____

## ORDER

On March 31, 2026, the Court granted Defendant's motion to compel discovery responses and ordered Plaintiff and her counsel to pay to Defendant the reasonable expenses and attorney's fees incurred by counsel in preparing and filing the motion to compel. (Doc. 23). The Court directed Defendant to file an affidavit supporting the request for fees and expenses and permitted Plaintiff to file a response in opposition ten days thereafter. As directed, Defendant filed the Affidavit of Amanda A. Simpson, Esq. (Doc. 26). Plaintiff and her counsel have not filed a response, and their time for doing so has passed.

Accordingly, the only issue still open for consideration is the amount of the reasonable attorney's fees and expenses. Defendant seeks to recover attorney's fees in the amount of $1,807.50.   According to the Affidavit, Amanda A. Simpson, lead trial counsel with Jackson Lewis P.C. expended a total of 1.1 hours and seeks to recover an hourly rate of $345.00. In addition, Deirdre A. Mullane, Esq., an associate with

Jackson Lewis P.C., expended 5.0 hours and seeks to recover an hourly rate of $270.00. Finally, paralegal Kelly Wright expended 0.6 hours and seeks to recover an hourly rate of $130.00.

Because Plaintiff and her counsel failed to file a response in opposition, the Court lacks the benefit of the scrutiny and analysis of the requested fees from the opposing party. *See, e.g., Godoy v. New River Pizza, Inc.,* 565 F. Supp. 2d 1345, 1347 (S.D. Fla. 2008) (noting that the adversarial process normally aids the Court in determining whether the amount of attorney's fees requested is reasonable.). Nonetheless, even in the absence of a response, the Court has a duty to ensure that the requested fees are reasonable.

Here, the Court finds that the number of hours requested by Defendant is reasonable for the preparation and filing of the motion to compel, as are the requested hourly rates. Accordingly, within **ten days** of this Order, Plaintiff and her counsel shall remit to Defendant **$1,807.50** which represents Defendant's reasonable attorney's fees and expenses incurred in the preparation and filing of the motion to compel.

**DONE** and **ORDERED** in Ocala, Florida on April 24, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -